PER CURIAM.

(No. 75-CC-699— )

MOTOROLA, INC., Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed April 28, 1975.*

536

MOTOROLA, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.